IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00443-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM MCDONOUGH,

    Defendant.

---

## ORDER

---

Upon consideration of the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b), and for good cause shown, it is hereby

ORDERED that an additional one point reduction in the defendant's offense level is hereby granted.

DATED this 27th day of February, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____

                                        PHILLIP S. FIGA
                                        U.S. District Court Judge