IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00443-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLARD WILLIAM McDONOUGH,

    Defendant.

## ORDER DENYING MOTION FOR RECOMMENDATION

Defendant's Request for Recommendation of Correctional Facility (Dkt. # 28) is DENIED. It is not the undersigned's practice to recommend a designated correctional facility for family or medical purposes, as such placement is within the discretion and expertise of the Bureau of Prisons. Moreover, an unenforceable advisory recommendation by the Court to an administrative agency appears inconsistent with its judicial role under the Constitution.

DATED: March 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge