IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 05-cr-00443-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLARD WILLIAM McDONOUGH,

    Defendant.

_____

**AMENDED ORDER REGARDING EARLY TERMINATION
OF SUPERVISED RELEASE**
_____

    This matter is before the Court on Defendant's Motion to Terminate Supervised Release (Doc. # 34), filed May 28, 2010. The Court notes that the Government did object to the Defendant's Motion in its Response (Doc. # 41), filed June 24, 2010. It is therefore

    ORDERED that this Court's Order Granting Early Termination of Supervised Release (Doc. # 44) is VACATED.

    DATED: July __16__, 2010

                                                      BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge